Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
19, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed April 19, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00188-CV

____________

 

IN RE H.E.B GROCERY COMPANY, L.P., and H.E. BUTT
GROCERY COMPANY, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N








On March
6, 2007, relators filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relators asked this court to compel the Honorable Lynn Bradshaw-Hull, presiding
judge of the 80th District Court of Harris County, to set aside her ruling (1)
denying relators permission to have ex parte communications with plaintiff=s current or previous employers
regarding plaintiff=s employment history and with plaintiff=s treating health care providers
rendering care to plaintiff for the injuries made the basis of this lawsuit and
(2) denying their motion to compel execution of a medical authorization that
would not expire during the pendency of the lawsuit and directed to health care
providers not still actively treating plaintiff.

Relators
have not established that they are entitled to mandamus relief.  Accordingly,
we deny relators= petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed April 19, 2007.

Panel consists of Chief Justice
Hedges and Justices Fowler and Edelman.